No. 78–6545.  KELSO v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 78–6556.  BOOTHE v. GREATER NEW YORK SAVINGS BANK.  C. A. 2d Cir.  Certiorari denied.

No. 78–6630.  WITH HORN v. UNITED STATES; and
No. 78–6631.  WOUNDED KNEE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 78–6640.  McMAHON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–6648.  COOK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–6658.  MOREE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–1379.  TAHOE NUGGET, INC., DBA JIM KELLEY'S TAHOE NUGGET, ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE WHITE would grant certiorari.

No. 78–1529.  HUNT ET AL. v. COMMODITY FUTURES TRADING COMMISSION.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL would grant certiorari.

No. 78–1558.  IOWA BEEF PROCESSORS, INC., ET AL. v. HAWKINS ET AL.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–1650.  INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, SILVERGATE DISTRICT LODGE 50 v. ANDERSON.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.